## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Jeffrey Paul Carlsen
                 Plaintiff

                                            CIVIL ACTION

        V.
                                            NO. 11-11498-RGS

James DiPaola et al
                 Defendant

### ORDER OF DISMISSAL

        STEARNS,  D. J.

In accordance with the Court's Memorandum and Order dated __11/4/11__

_____ Adopting the Report and Recommendation of the Magistrate Judge, it is

hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                            By the Court,

    __11/4/11_____              /s/ Elaine Flaherty

        Date                                Deputy Clerk

(Dismissal Memo.wpd  - 12/98)